

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   ACE BUSINESS SOLUTIONS, LLC,,          Case No.:  15cv1464-MMA (NLS)
12                              Plaintiff,
                                            **ORDER GRANTING JOINT**
13   v.                                     **MOTION FOR DISTRIBUTION OF**
                                            **INTERPLED FUNDS AND**
14   GLOBAL MARKETING &                     **DISMISSAL OF COUNTERCLAIM**
     DEVELOPMENT, INC., and AWESOME         **AGAINST ACE BUSINESS**
15   ENTERPRISES, LLC,                      **SOLUTIONS, LLC WITH**
                                            **PREJUDICE**
16                              Defendants.
17
18
19   AND RELATED COUNTERCLAIMS              [Doc. No. 107]
20

21          On October 27, 2017, ACE Business Solutions, LLC ("ACE") and AWESOME

22   ENTERPRISES ("Awesome") filed a joint motion for distribution of interpled funds and

23   dismissal of the counterclaim against Ace with prejudice.  Doc. No. 107.  "This

24   interpleader action was originally filed because of a dispute between defendant Awesome

25   . . . and defendant Global Marketing and Development, Inc. ("GMD") regarding certain

26   funds and income streams from businesses being serviced by . . . Ace."  *Id.* at 2.  On

27   August 29, 2016, GMD assigned the following rights to intervenors TDL Global

28   Ventures ("TDL") and Losany Enterprises, LLC ("Losany") in exchange for the

1

settlement of a separate action pending between TDL, Losany, and GMD in the United States District Court for the District of Maryland: "(1) 'all monies due to GMD from the interpled funds' in this action; (2) all rights to monies due to GMD to be collected from the books of business allegedly transferred from 5 Star to GMD pursuant to the May 2015 5 Star/GMD Agreement, from August 2016 forward; and (3) the chose-in-action and any affirmative claims filed as Counterclaims in this action by GMD, including the right to substitute into the case as the Counterclaimants." *Id.* (citing Doc. No. 53-3). TDL and Losany also assigned all of the rights assigned to them by GMD to Awesome, vesting all such rights in Awesome alone. *Id.* (citing Doc. Nos. 91, 92). The parties explain that "no parties other than Ace and Awesome now have any rights or interest in the distribution of the interpled funds" and have "entered into a Settlement Agreement which resolves all issues regarding the Interpleader." *Id.* GMD does not claim any rights or interest in the distribution of the interpled funds. *See* Doc. No. 109.

Accordingly, the parties jointly move the Court for: (1) the immediate distribution of $1,535,027.02 from the Registry of the Court to Awesome, who must make additional payments to Ace pursuant to the settlement agreement; (2) the immediate distribution of $444,824.37 from the Registry of the Court to Ace; and (3) an order stating that there will be no further distributions, accounting, reporting, or calculation of sums or expenses to be paid into or out of the Registry of the Court by Ace. Doc. No. 107 at 3. The parties also move the Court to dismiss the Counterclaim by GMD against Ace [Doc. No. 9] with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Upon due consideration and good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** as follows:

1. The sum of $1,535,027.02 be immediately (within 24 hours) distributed from the Registry of the Court to Awesome, according to the procedures of the Registry. Awesome must make additional payments to Ace from this sum pursuant to the terms of the parties' settlement agreement;

2.      The sum of $444, 824.37 be immediately (within 24 hours) distributed from the Registry of the Court to Ace, according to the procedures of the Registry;

3.      There shall be no further distributions, accounting, reporting, or calculation of sums or expenses to be paid into or out of the Registry of the Court by Ace; and

4.      The Counterclaim by GMD against Ace [Doc. No. 9] is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated:  November 9, 2017

Hon. Michael M. Anello
United States District Judge

3

15cv1464-MMA (NLS)